IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| JERRY FEES,<br><br>  Plaintiff<br><br>v.<br><br>CASEY'S GENERAL STORES, INC., BILL BRAUER and BRAD VRY,<br><br>  Defendants. | No. 15-cv-63<br><br>**NOTICE OF REMOVAL** |

COME NOW Defendants, Casey's Casey's General Stores, Inc.[1], Bill Brauer, and Brad Vry, pursuant to 28 U.S.C. §§ 1441 and 1446 and Federal Rule of Civil Procedure 81, and give Notice of Removal of Case No. LACL131617 from the Iowa District Court for Polk County to this Court. In support of this action, Defendants state:

1. On December 3, 2014, Plaintiff filed an action entitled *Jerry Fees v. Casey's General Stores, Inc., Bill Brauer and Brad Vry*, Case No. LACL 131617, in the Iowa District Court for Polk County. The state court in which the lawsuit was commenced is within this Court's district and division.

2. Plaintiff Jerry Fees's counsel is

   Eric M. Updegraff (AT0008025)

---

[1] Plaintiff named "Casey's General Stores, Inc." as the corporate defendant. Casey's General Stores, Inc. was not Plaintiff's employer; Casey's Marketing Company was. Casey's General Stores, Inc. is the parent company of Casey's Marketing Company. Casey's Marketing Company owns and operates all Casey's General Store stores in Iowa, as well as the Distribution Center in Ankeny, where Plaintiff worked. *See* Casey's Gen. Stores, Inc., Form 10-K, at 4 (June 27, 2014), *available at* http://www.sec.gov/Archives/edgar/data/726958/000119312514253245/d751155d10k.htm *and* http://www.caseys.com/sites/default/files/13797%20Casey%27s%20AR%2014_single%20pages_optimized.pdf. Plaintiff and his counsel have personal knowledge of the distinct corporate identity of Casey's Marketing Company. *See, e.g.*, No. 4:14-cv-00045-JEG-HCA, *Redig v. Casey's Marketing Company*, another action filed by Plaintiff's counsel on behalf of a Distribution Center employee, which properly named Casey's Marketing Company as the defendant employer.

        Stoltze & Updegraff, PC
        300 Walnut Street, Suite 260
        Des Moines, Iowa 50309
        (515) 244-1473
        (515) 244-3930 (fax)
        Eric.updegraff@stoltzelaw.com

3.     Defendants accepted service of the above action on December 10, 2014.

4.     On December 29, 2014, Defendants filed a Motion to Dismiss Plaintiff's claims under the Iowa Civil Rights Act for failure to commence the action within 90 days of the Iowa Civil Rights Commission's issuance of a right-to-sue letter.

5.     Plaintiff resisted the Motion to Dismiss on January 19, 2015.

6.     Defendants filed a Reply to Plaintiff's Resistance on January 21, 2015.

7.     On February 4, 2015, the state court set a hearing on the motion for March 13, 2015.

8.     On February 17, 2017, Plaintiff filed an Amended Petition, adding claims of disability discrimination under the Americans with Disabilities Act (ADA), 42 U.S.C. §§ 12101–12213.

9.     This case is within the Court's jurisdiction under 28 U.S.C. § 1331 because Plaintiff's ADA claims present a federal question—i.e., arise under the laws of the United States. Supplemental jurisdiction exists with respect to Plaintiff's state law claims because they are part of the same case or controversy as Plaintiff's ADA claims. 28 U.S.C. § 1367(a).

10.     This case is properly removed to this Court pursuant to 28 U.S.C. §§ 1441 and 1446. Pursuant to 28 U.S.C. § 1446(b), this Notice is being filed within 30 days of service upon Defendant of Plaintiff's Amended Petition.

11.     Pursuant to 28 U.S.C. § 1446(d), a copy of this Notice of Removal will be filed promptly with the state court and served upon opposing counsel.

12. Pursuant to 28 U.S.C. § 1446(a) and Local Rule 81(a), copies of all process, pleadings, and orders filed in the state case are attached to Defendant's Local Rule 81(a) List on Removal, which is filed contemporaneously herewith.

WHEREFORE, Defendants notify this Court, the state court, and the Plaintiff of the removal of this lawsuit to the United States District Court for the Southern District of Iowa, Central Division.

Respectfully submitted this 27th day of February, 2015.

/s/ Amanda G. Jansen
Amanda G. Jansen (AT0008250)
Lindsay A. Vaught (AT0010517)
AHLERS & COONEY, P.C.
100 Court Avenue, Suite 600
Des Moines, Iowa 50309
(515) 243-7611
(515) 243-2149 (fax)
ajansen@ahlerslaw.com
lvaught@ahlerslaw.com
ATTORNEYS FOR DEFENDANTS

**Electronically filed and served.**

Eric M. Updegraff (AT0008025)
Stoltze & Updegraff, PC
300 Walnut Street, Suite 260
Des Moines, Iowa 50309
(515) 244-1473
(515) 244-3930 (fax)
Eric.updegraff@stoltzelaw.com
ATTORNEY FOR PLAINTIFF

| CERTIFICATE OF SERVICE | |
|---|---|
| The undersigned certifies that the foregoing instrument was served upon all parties to the above cause to each of the attorneys of record herein at their respective addresses disclosed on the pleadings on: 2/27/2015 | |
| By: ☐ U.S. Mail | ☐ Fax |
| ☐ Hand delivery | ☐ Private Carrier |
| ☒ Electronically (*via CM/ECF*) | ☐ E-mail |
| Signature: /s/ Amanda G. Jansen | |

01087027-1\10281-157