IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRCIT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| JERRY FEES,<br><br>　　　Plaintiff,<br><br>v.<br><br>CASEY'S GENERAL STORES, INC., CASEY'S MARKETING COMPANY, BILL BRAUER and BRAD VRY,<br><br>　　　Defendants. | No. 4:15-cv-00063-REL-CFB<br><br><br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

　　Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Jerry Fees stipulates to the dismissal with prejudice of all of Plaintiff's claims and causes of action asserted in this lawsuit, and in support would show that Plaintiff and Defendants, Casey's General Stores, Inc., et al. have settled the disputes which were the subject of this litigation.

　　WHEREFORE, Plaintiff, Jerry Fees, pray that this suit be dismissed with prejudice and that each party bear its own attorneys' fees and costs of court.

　　　　　　　　　　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　By:　/s/ Eric Updegraff
　　　　　　　　　　　　　　　　　　　Eric M. Updegraff　　AT0008025
　　　　　　　　　　　　　　　　　　　Stoltze & Updegraff, P.L.C.
　　　　　　　　　　　　　　　　　　　300 Walnut Street, Suite 260
　　　　　　　　　　　　　　　　　　　Des Moines, Iowa　50309
　　　　　　　　　　　　　　　　　　　Telephone:　515-244-1473
　　　　　　　　　　　　　　　　　　　Facsimile:　515-244-3930
　　　　　　　　　　　　　　　　　　　Email:　eric.updegraff@stoltzelaw.com
　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff.

　　　　　　　　　　　　　　　　By:　/s/ Andrew Tice
　　　　　　　　　　　　　　　　　　　Andrew Tice
　　　　　　　　　　　　　　　　　　　Lindsay A. Vaught
　　　　　　　　　　　　　　　　　　　Ahlers & Cooney, P.C.
　　　　　　　　　　　　　　　　　　　100 Court Avenue, Suite 600
　　　　　　　　　　　　　　　　　　　Des Moines, Iowa　50309
　　　　　　　　　　　　　　　　　　　Attorneys for Defendants

**CERTIFICATE OF SERVICE:**

**COPY** of the foregoing has been emailed this 11th day of November, 2015, to the following:

Andrew Tice
Lindsay A. Vaught
Ahlers & Cooney, P.C.
100 Court Avenue, Suite 600
Des Moines, Iowa 50309
Attorneys for Defendants

By: /s/ Eric Updegraff

2