# IN THE SUPREME COURT OF IOWA

No. 15–1102

U.S. Dist. Ct. - Southern Dist No. 15-CV-00063-REL-C

## STATEMENT OF COSTS

**JERRY FEES,**
    **Plaintiff-Appellant,**

vs.

**CASEY'S GENERAL STORES, INC.,**
**d/b/a CASEY'S MARKETING COMPANY;**
**CASEY'S MARKETING COMPANY,**
**BILL BRAUER and BRAD VRY,**
    **Defendants-Appellees.**

---

    I, Donna M. Humpal, Clerk of the Supreme Court of the State of Iowa, hereby certify that the certified question was vacated and withdrawn by the U.S. District Court, in Supreme Court case number 15-1102 (U.S. District Court number 15-CV-00063-REL-C).

    The following costs have been computed pursuant to Iowa Rule of Appellate Procedure 6.903(1)(*h*) and 6.905(13)(*c*):

    Plaintiff's Filing Fee                               $150.00

IN TESTIMONY WHEREOF, I hereby set my hand and affix the official seal of the Supreme Court of the State of Iowa at Des Moines, Iowa, this 5th day of January, 2016.

Copies to:

Andrew Thomas Tice
100 Court Ave   Suite 600
Des Moines, IA 50309

ELECTRONICALLY FILED    JAN 5, 2016    CLERK OF SUPREME COURT

Lindsay A. Vaught
Ahlers & Cooney  P.C.
100 Court Avenue
Suite 600
Des Moines, IA 50309

Eric Michael Updegraff
300 Walnut Ste 260
Des Moines, IA 50309

U.S. District Court
Southern District of Iowa
123 E Walnut St.
Des Moines, IA  50309



State of Iowa Courts

**Case Number**  **Case Title**
15-1102  Fees v. Casey's General Stores, Inc.

So Ordered

Donna M. Humpal, Clerk
Iowa Supreme Court

Electronically signed on 2016-01-05 08:25:28